**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Orlando MORENO, aka Orlando Moreno–Salas, Defendant–Appellant.**

No. 06–50368.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 27, 2007 *.

Filed Aug. 31, 2007.

Joseph S. Smith, Jr., Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Robert A. Garcia, Esq., San Diego, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

### MEMORANDUM **

Orlando Moreno appeals from the district court's order deciding not to resentence Moreno following a limited remand under *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Moreno contends that his sentence was unreasonable under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), in light of his cooperation with the government and the disparate sentences imposed upon his codefendants. However, review of a district court's decision not to resentence a defendant following a remand pursuant to *Ameline* is limited to whether "the district [court] properly understood the full scope of [its] discretion" following *Booker. See United States v. Combs,* 470 F.3d 1294, 1297 (9th Cir.2006). We conclude that the record reflects that the district court "understood [its] post-*Booker* authority to impose a non-Guidelines sentence." *See id.*

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).